IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION


UNITED STATES OF AMERICA      :
                                      :
    vs.                        :        CRIMINAL NO. 5:97-CR-63 (HL)
                                        :
RICKY RUMPH                 :
_____:


ORDER REMANDING RICKY RUMPH TO THE U.S.
BUREAU OF PRISONS FOR PSYCHOLOGICAL AND PSYCHIATRIC
ASSESSMENT AND TREATMENT

IT APPEARING THAT Defendant suffers from severe mental disorders and has been

evaluated and treated at various U.S. Bureau of Prisons medical facilities since his arrest in

August 1997;

IT FURTHER APPEARING THAT the latest forensic evaluation took place at the

Federal Detention Center, Miami, Florida and a report was issued on February 14, 2007.  The

evaluation concluded that Ricky Rumph suffers from a severe mental disorder which interferes

with his ability to assist his attorney in his own defense and is incompetent to stand trial.

Furthermore, the report concluded that Ricky Rumph's mental disorder interfered with his ability

to appreciate the nature and quality and wrongfulness of his actions and that Ricky Rumph was

found to have been not criminally responsible at the time of the alleged offense;

IT FURTHER APPEARING THAT treatment recommendations were made and are

found on page twelve of the forensic evaluation report.  The treatment recommendations are as

follows:

1

"The defendant should be transferred to a federal medical center to undergo more comprehensive, inpatient psychiatric assessment and treatment. He should be administered psychotropic medications to address his psychiatric disturbances. Furthermore, given the defendant's poor insight into his condition and his refusal to comply with treatment, it is likely that motions for involuntary administration of medication will be necessary. In fact, all modalities of treatment should be mandated by the Court and subjected to monitoring given his poor compliance history. In addition, a comprehensive assessment should be conducted on the defendant to address any future risk that the defendant may pose to others";

IT FURTHER APPEARING THAT the government and attorney for Defendant, Ms. Elizabeth Lane, have moved this Court to enter an order remanding Defendant to the custody of the U.S. Bureau of Prisons so that Ricky Rumph can receive further assessment and treatment as deemed necessary and consistent with the February 14, 2007 forensic evaluation. THEREFORE, in accordance with the request of counsel for the government and the defendant, and pursuant to Title 18, United States Code, Chapter 313, including but not limited to Section 4241,

**IT IS ORDERED AND DIRECTED**:

RICKY RUMPH shall be remanded to the Federal Bureau of Prisons for Psychological and Psychiatric Assessment and Treatment as deemed necessary and consistent with the Forensic Report from the Federal Detention Center, Miami, Florida dated February 14, 2007.

That at least one qualified psychiatrist/psychologist to be designated by the Bureau of Prisons be, and hereby is, appointed, authorized and directed by the Court to examine the mental condition of the defendant Ricky Rumph and treat Ricky Rumph as outlined above and as deemed necessary by the attending psychologist and psychiatrist and to return a written report to

the Court, counsel for the defendant, and the United States Attorney for the Middle District of Georgia of his/her findings as soon as practicable. Specifically, the Court needs the treating psychiatrist's determination of whether the Defendant presents a danger to himself and/or to others.

In making such examination and treatment of the defendant, said psychiatrist/psychologist shall be authorized and empowered to provide such treatment and medication as he/she deems necessary and proper to assist him/her in making the evaluation and treatment of Ricky Rumph.

IT IS FURTHER ORDERED that two (2) certified copies of this Order and a copy of the February 14, 2007, Forensic Evaluation Report from FDC, Miami, Florida, be given to the United States Marshal for this Court who is hereby directed to convey this order to at least one qualified psychiatrist/psychologist designated by the U.S. Bureau of Prisons and to make such other arrangements as are necessary for the examination, treatment, and placement of the said Ricky Rumph.

SO ORDERED, this 20th day of March, 2007.

*S/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE